Christopher B. Dolan (SBN 165358)
Anne Costin (SBN 260126)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830
chris@cbdlaw.com
anne.costin@cbdlaw.com

Attorneys for Plaintiff
MARIA NAPOLI

*IT IS SO ORDERED*
*Judge Edward J. Davila*
2/13/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA NAPOLI,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.; MORRISON MANAGEMENT SPECIALISTS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MORRISON HEALTH CARE, INC.; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.: 5:12-cv-02062-EJD<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO,
CA
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

1
STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO ALL PARTIES OF RECORD HEREIN AND TO THE COURT:

WHEREAS Plaintiff and Defendants have reached a full resolution of this matter, IT IS HEREBY STIPULATED by and between all parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41. Each side shall bear their own costs and fees. The Clerk shall close this file.

SO STIPULATED:

DATED: January 8, 2013     THE DOLAN LAW FIRM

By: _____
    ANNE COSTIN
    Attorney for Plaintiff

DATED: January 16, 2013    LITTLER MENDELSON, P.C.

By: _____
    NANCY PRITIKIN
    Attorneys for Defendants

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830

2
STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE