1  Christopher B. Dolan (SBN 165358)
   Anne Costin (SBN 260126)
2  **THE DOLAN LAW FIRM**
   The Dolan Building
3  1438 Market Street
   San Francisco, CA  94102
4  Tel:  (415) 421-2800
   Fax:  (415) 421-2830
5  chris@cbdlaw.com
   anne.costin@cbdlaw.com
6

7  Attorneys for Plaintiff
   MARIA NAPOLI
8

IT IS SO ORDERED

Judge Edward J. Davila

2/13/2013

9
                    **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN JOSE DIVISION**
12

13  MARIA NAPOLI,                          Case No.: 5:12-cv-02062- EJD

14         Plaintiff,
                                           **STIPULATED DISMISSAL OF ENTIRE**
15  v.                                     **ACTION WITH PREJUDICE**

16
    COMPASS GROUP USA, INC.; MORRISON
17  MANAGEMENT SPECIALISTS, INC. WHICH
    WILL DO BUSINESS IN CALIFORNIA AS
18  MORRISON HEALTH CARE, INC.; and DOES
    1-25 inclusive,
19
           Defendants.
20

21

22

23

24

25

26

27

28

**THE
DOLAN
LAW FIRM**
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO,
CA
94102
TEL:  (415) 421-2800
FAX:  (415) 421-2830

**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  **TO ALL PARTIES OF RECORD HEREIN AND TO THE COURT:**

2      WHEREAS Plaintiff and Defendants have reached a full resolution of this matter, IT IS

3  HEREBY STIPULATED by and between all parties to this action, through their designated counsel,

4  that the above-captioned action be and hereby is dismissed with prejudice pursuant

5  to FRCP 41.  Each side shall bear their own costs and fees.   The Clerk shall close this file.

6

7  **SO STIPULATED:**

8

9  DATED: January 8, 2013                    **THE DOLAN LAW FIRM**

10

11                                            By: _____
                                                 ANNE COSTIN
12                                               Attorney for Plaintiff

13

14  DATED: January 16, 2013                   **LITTLER MENDELSON, P.C.**

15                                            By: _____
                                                 NANCY PRITIKIN
16                                               Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

THE
DOLAN
LAW FIRM
DOLAN LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO,
CA
94102
TEL:  (415) 421-2800
FAX:  (415) 421-2830